ACCEPTED
15-24-00079-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/7/2025 5:12 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00079-CV

# In the Court of Appeals for the Fifteenth Judicial District
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/7/2025 5:12:22 PM
CHRISTOPHER A. PRINE
Clerk

Kenedy County Wide School District,

*Appellant,*

*v.*

Glenn Hegar, Texas Comptroller of Public Accounts, in His Official and Individual Capacities,

*Appellee.*

On Appeal from the
353rd Judicial District Court, Travis County

**Unopposed Motion to Extend Time to File
Appellee's Brief**

To the Honorable Fifteenth Court of Appeals:

1. As currently scheduled under the Parties' November 12, 2024 Agreed Motion for Extension of Time, which the Court granted by Order of November 26, 2024, Appellee Glenn Hegar, Texas Comptroller of Public Accounts, in his Official and Individual Capacities, is scheduled to file his brief on January 27, 2025, following service of Appellant's brief on December 12, 2024.

2.     Pursuant to Texas Rules of Appellate Procedure 38.6(d) and 10.5(b), Appellee seeks an extension of one month, from January 27, 2025 to February 28, 2025 to file his brief.

3.     Shortly after the filing of Appellant's brief, Appellee filed his December 20, 2024 Motion to Withdraw and Notice of Lead Counsel, which related to the withdrawal of former lead counsel Kirstin M. Erickson, who has accepted a position outside the Office of the Attorney General, and the appointing of Thomas Bevilacqua as new lead counsel of record. While new counsel has read into and familiarized himself with the matter before and after the holiday break, he expects to have difficulty completing Appellee's brief by the January 27, 2025 deadline due to other to professional deadlines. Among his ongoing obligations, counsel is representing a state agency in a significant and highly contentious procurement dispute; counsel is currently briefing pending motions to compel and to stay discovery as well as a plea to the jurisdiction, and preparing for a hearing in early February on said motions and plea. Counsel is also preparing a plea to the jurisdiction hearing later in February in a grant dispute matter for the same agency, while also dealing with his other active cases as a member of the General Litigation Division of the Office of the Attorney General. For these reasons, an extension of time is respectfully requested to file Appellee's Response brief in this matter.

4. This extension is sought in the interest of justice and not for delay. No party will be prejudiced if this request for an extension is granted. Counsel for Appellant, Judith Hargrove, indicated to the undersigned counsel that she has no objection to an extension of Appellee's briefing deadline to February 28, 2025.

5. The above-mentioned November 12, 2024 Agreed Motion for Extension of Time was filed to account for delays encountered by the Parties in the constitution of the appellate record, in relation more specifically to the inclusion therein of the full administrative record. The present Motion, by contrast, represents Appellee's first sole request for an extension of time.

6. For the foregoing reasons, Appellee respectfully requests that the Court grant a one-month extension of time to file his brief, making that brief due on February 28, 2025.

Respectfully submitted,

| | |
|---|---|
| **Ken Paxton** | */s/ Thomas Bevilacqua* |
| Attorney General of Texas | **THOMAS BEVILACQUA** |
| | Assistant Attorney General |
| **Brent Webster** | Texas Bar No. 00793342 |
| First Assistant Attorney General | Office of the Attorney General |
| | General Litigation Division |
| **Ralph Molina** | P.O. Box 12548, Capitol Station |
| Deputy First Assistant Attorney General | Austin, Texas 78711-2548 |
| | (512) 936-1162 \| FAX: (512) 320-0667 |
| **James LLoyd** | thomas.bevilacqua@oag.texas.gov |
| Deputy Attorney General for Civil Litigation | |
| | **COUNSEL FOR APPELLEE** |
| **Kimberly Gdula** | |
| Chief for General Litigation Division | |

**CERTIFICATE OF CONFERENCE**

I certify that on January 3, 2025, I conferred with counsel for Appellant, Judith Hargrove, who indicated on January 4, 2025, that she did not oppose the relief requested herein.

*/s/ Thomas Bevilacqua*
**THOMAS BEVILACQUA**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served electronically through the electronic-filing manager in compliance with Texas Rule of Civil Procedure 21a on January 7, 2025, to:

Jim L. Lambeth
Jim.Lambeth@lgbs.com

Judith Hargrove
judy@hargrovelawtx.com

/s/ Thomas Bevilacqua
**THOMAS BEVILACQUA**
Assistant Attorney General

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Troy Sager on behalf of Thomas Bevilacqua
Bar No. 793342
troy.sager@oag.texas.gov
Envelope ID: 95961983
Filing Code Description: Motion
Filing Description: 20250107_ MTE Appellees Brief
Status as of 1/8/2025 7:03 AM CST

Associated Case Party: Kenedy County Wide Common School District

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jim LLambeth | | Jim.Lambeth@lgbs.com | 1/7/2025 5:12:22 PM | SENT |
| Sharita Morrow | | Sharita.Morrow@lgbs.com | 1/7/2025 5:12:22 PM | SENT |
| Ethan Ranis | 24098303 | ethan.ranis@lgbs.com | 1/7/2025 5:12:22 PM | SENT |
| Richard Brand | | richard.brand@lgbs.com | 1/7/2025 5:12:22 PM | SENT |
| Judith Hargrove | 11595050 | judy@hargrovelawtx.com | 1/7/2025 5:12:22 PM | SENT |

Associated Case Party: GLENN HEGAR, TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Thomas Bevilacqua | | thomas.bevilacqua@oag.texas.gov | 1/7/2025 5:12:22 PM | SENT |
| Troy Sager | | troy.sager@oag.texas.gov | 1/7/2025 5:12:22 PM | SENT |